UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ALAN GIANA,

        Plaintiff,                    24-cv-2599 (JSR)

    -against-                         ORDER

SHEIN DISTRIBUTION CORP. ET
AL.,

        Defendants.
```

JED S. RAKOFF, U.S.D.J.:

Plaintiff, Alan Giana, brings a copyright infringement claim against defendants Shein Distribution Corp., Roadget Business Pte., Ltd. d/b/a Shein, Shein Technology LLC, and Shein US Services, LLC. See ECF No. 1.

On June 7, 2024, defendants filed a motion to dismiss the complaint for lack of personal jurisdiction. See ECF No. 26. Defendants also moved, in the alternative, to strike plaintiff's class action allegations. See ECF No. 26. After reviewing the parties' briefs, see ECF Nos. 27, 32, 35, the Court held oral argument on both motions, see ECF No. 36.

After careful consideration, the Court hereby grants the motion to dismiss the complaint for lack of personal jurisdiction. The motion to strike plaintiff's class action allegations is hereby dismissed as moot. An Opinion explaining the reasons for this

1

ruling will issue in due course, at which time judgment will be entered.

    SO ORDERED.

New York, NY
8/14, 2024

                                          JED S. RAKOFF, U.S.D.J.