**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALAN GIANA,

                Plaintiff,

    -against-                                                24 **CIVIL** 2599 (JSR)

## **JUDGMENT**

SHEIN DISTRIBUTION CORP, ET AL.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated October 1, 2024, the Court order dated August 14, 2024 dismissed the complaint without prejudice to Giana potentially refiling his lawsuit in another jurisdiction if such a jurisdiction is available. Having dismissed the complaint, the Court also dismissed defendants' motion to strike the class action allegations as moot. Final judgment is entered dismissing the complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      October 1, 2024

                                                                **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                **BY:**          *K. Mango*

                                                              **Deputy Clerk**