**MANDATE**

1:24-cv-02599-JSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 24 2025

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-five,

Alan Giana, on behalf of himself and all others similarly situated,

    Plaintiff - Appellant,

v.

Shein Distribution Corp., Roadget Business Pte., Ltd., Shein Technology LLC, Shein US Services, LLC,

    Defendants - Appellees.

**ORDER**
Docket No. 24-2465

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/24/2025